IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00043-WYD-MJW

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ONE FOSSILIZED TYRANNOSAURUS BATAAR SKULL, and
ONE FOSSILIZED GALLIMIMUS FOOT,

      Defendants.

---

## ORDER FOR WARRANT FOR ARREST OF PROPERTY *IN REM*

---

      Plaintiff has instituted the in rem action herein and requested issuance of

process.  It appears to the Court from the Verified Complaint filed herein that the Court

has jurisdiction over the defendant property, and it appears, for the reasons and causes

set forth in the Verified Complaint, that there is probable cause to believe the defendant

property is subject to a decree of forfeiture, and that a Warrant for Arrest of the

defendant property should enter.

      IT IS THEREFORE ORDERED AND DECREED that a Warrant for Arrest of

Property In Rem for the defendant property shall issue as prayed for and that the United

States Customs Enforcement, Department of Homeland Security Investigations, and/or

any other duly authorized law enforcement officer is directed to arrest and seize the

defendant property as soon as practicable, and to use whatever means may be

appropriate to protect and maintain it in your custody until further order of this Court; and

THAT pursuant to Rule G(4)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States shall post notice on an official internet government site for at least 30 consecutive days, stating that all persons claiming or asserting an interest in the defendant property must file their Claims with the Clerk of this Court pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions within sixty (60) days of the first date of publication of notice, and shall serve and file their Answers to the Verified Complaint within twenty one (21) days after the filing of their Claims with the Office of the Clerk, United States District Court for the District of Colorado, with a copy sent to Assistant United States Attorney James S. Russell, United States Attorney's Office, 1225 17th Street, Suite 700, Denver, Colorado  80202.

Dated:  January 10, 2014.

BY THE COURT:


/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE