IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00043-WYD-MJW

UNITED STATES OF AMERICA,

Plaintiff,

v.

ONE FOSSILIZED TYRANNOSAURUS BATAAR SKULL and
ONE FOSSILIZED GALLIMIMUS FOOT,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that John Richard Rolater's Request for Return of Cost Bond (docket no. 9) is DENIED for those reasons as outlined in the Plaintiff United States of America's Response (docket no. 12) which this court incorporates by reference for the legal and factual basis for denying this motion. Mr. Rolater may renew his request to refund his $5,000 cost bond directly from ICE after the entry of the Final Order of Forfeiture in this case since the cost bond was posted with ICE and not with this court, and the cost bond of $5,000 is not subject to forfeiture. Accordingly, this court does not have jurisdiction over the bond money.

Date: February 6, 2014