IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00043-WYD-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ONE FOSSILIZED TYRANNOSAURUS BATAAR SKULL, and
ONE FOSSILIZED GALLIMIMUS FOOT,

    Defendants.

## DEFAULT AND FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture.  The Court, having reviewed said Motion, FINDS:

THAT the United States commenced this action in rem pursuant to 18 U.S.C. §§ 545 and 981, and 19 U.S.C. § 1595a;

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after notice, neither John Richard Rolater, nor any other third parties, have filed a Claim or Answer as to defendant One Fossilized Tyrannosaurus Bataar Skull and defendant One Fossilized Gallimimus Foot as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Entry of Default was entered by the Clerk of the Court on March 13, 2014. (ECF No. 16);

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of defendant One Fossilized Tyrannosaurus Bataar Skull and defendant One Fossilized Gallimimus Foot, and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.  It further appears that there is cause to issue a forfeiture order under 18 U.S.C. §§ 545 and 981, and 19 U.S.C. § 1595a;

THAT the Clerk of Court shall be directed to enter Judgment as to defendant One Fossilized Tyrannosaurus Bataar Skull and defendant One Fossilized Gallimimus Foot; and

THAT the United States has agreed to return in full, the $5,000.00 Cost Bond John Richard Rolater posted with Immigration and Customs Enforcement / CBP upon entry of a Final Order of Forfeiture.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT the United States' Motion for Default and Final Order of Forfeiture (ECF No. 17) is **GRANTED**.

THAT default and forfeiture of defendant One Fossilized Tyrannosaurus Bataar Skull and defendant One Fossilized Gallimimus Foot, including all right, title, and interest is hereby entered in favor of the United States pursuant to 18 U.S.C. §§ 545 and 981, and 19 U.S.C. § 1595a;

THAT the United States shall have full and legal title as to defendant One Fossilized Tyrannosaurus Bataar Skull and defendant One Fossilized Gallimimus Foot, and may dispose of said property in accordance with law;

THAT this Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to defendant One Fossilized Tyrannosaurus Bataar Skull and defendant One Fossilized Gallimimus Foot under 28 U.S.C. § 2465;

THAT the Clerk of Court is directed to enter Judgment as to defendant One Fossilized Tyrannosaurus Bataar Skull and defendant One Fossilized Gallimimus Foot; and

THAT upon agreement of the parties, the United States shall return to John Richard Rolater in full, the $5,000.00 Cost Bond previously posted with the Immigration and Customs Enforcement /CBP.

Dated: March 20, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel  
WILEY Y. DANIEL,  
SENIOR UNITED STATES DISTRICT JUDGE